**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re

Versia Mae McRae,

       Debtor.

Case No. 17–10146
Chapter 13

## ORDER CONFIRMING PLAN

The debtor's plan was filed on January 20, 2017. The plan or a summary of the plan was transmitted to creditors pursuant to Bankruptcy Rule 3015.  The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

It is **ORDERED** that the debtors chapter 13 plan, as amended, if applicable, is **confirmed**.

Dated May 14, 2017

William R. Sawyer
United States Bankruptcy Judge