The relief described hereinbelow is SO ORDERED

Done this 6th day of October, 2021.

*Bess M. Parrish Creswell*

Bess M. Parrish Creswell
United States Bankruptcy Judge



_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
DOTHAN DIVISION

| | | |
|---|---|---|
| IN RE | : | |
| | : | Case No. 17-10146 |
| VERSIA MAE MCRAE, | : | Chapter 13 |
| | : | Judge Bess M. Parrish Creswell |
| DEBTOR. | : | |

-----------------------------------------------------------------------------------------------------------------

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY

THERE CAME BEFORE the Court on September 28, 2021, the Motion for Relief From Automatic Stay and Co-Debtor Stay filed by U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust ("Movant") (Doc. 54), and it appearing to the Court that Debtor's counsel has no opposition to the Motion, and there being no appearance by the Co-Debtor, the Court finds that good cause exists and the Motion should be granted;

NOW, THEREFORE, it is ORDERED that the automatic stays imposed by 11 U.S.C. §362(a) and 11 U.S.C. §1301(a) be and hereby are terminated, with respect to the Property located at 401 Diggs Street, Enterprise, AL 36330 to allow Movant to enforce its rights under state law; it is further

ORDERED that the Movant's Proof of claim shall be reduced to the amounts paid by the trustee; and it is further

ORDERED that Fed. R. Bankr. P. 4001(a)(3) shall not apply to this Order.

###END OF ORDER###

Submitted by:

/s/ Mark A. Baker
Mark A. Baker, ASB 2549-E57M
MCMICHAEL TAYLOR GRAY, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: (404) 474-7149
Facsimile: (404) 745-8121
E-mail: mbaker@mtglaw.com
Attorneys for Movant



Approved as to form:

/s/ Spencer W. Jones
Spencer W. Jones
Brock & Stout, LLC
P.O. Drawer 311167
Enterprise, AL 36331
Attorney for Debtor

/s/ Audrey L. Willis
Audrey L. Willis
Staff Attorney
Sabrina L. McKinney
Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101